**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Patrick CAMPBELL, Defendant–**
**Appellant.**

**No. 12–10194**
**Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

Dec. 4, 2012.

Anne Ruth Schultz, Wifredo A. Ferrer, U.S. Attorney's Office, Miami, FL, Brandy Brentari Galler, U.S. Attorney's Office, West Palm Beach, FL, for Plaintiff–Appellee.

Richard L. Rosenbaum, Arnstein & Lehr, LLP, Fort Lauderdale, FL, Patrick Campbell, FCI Coleman Medium, Coleman, FL, for Defendant–Appellant.

Before CARNES, MARTIN and FAY, Circuit Judges.

PER CURIAM:

Richard L. Rosenbaum, appointed counsel for Patrick Campbell in this appeal, has moved to withdraw from further representation of the appellant and has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the revocation of Campbell's supervised release and his corresponding 10–month sentence are **AFFIRMED.**